In the Matter of the Claim of ELLEN MURRAY, Respondent, v. DIREEN OPERATING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

852

Present—
Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.
In the Matter of the Claim of SYLVIA SALIT, Appellant. MARTIN P.
CATHERWOOD, as Industrial Commissioner, Respondent.—